UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFRED E. WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE PENITENTIARY, *et al.*, <br><br> Defendants. | Case No. C19-1265-JLR-MAT <br><br> REPORT AND RECOMMENDATION |

Plaintiff Alfred Williams is currently confined at the Washington State Penitentiary ("WSP") in Walla Walla, Washington. He has submitted to this Court for filing a civil rights complaint under 42 U.S.C. § 1983. (*See* Dkt. 1.) Plaintiff's proposed complaint is not a model of clarity, though he appears to challenge various conditions of his confinement at WSP. (*See id.* at 3.) Plaintiff failed to submit with his complaint either the requisite filing or an application to proceed with this action *in forma pauperis*. Thus, on August 12, 2019, the Clerk sent plaintiff a letter advising him that his submission was deficient and that he would have to either submit the full $400.00 filing fee or an application to proceed *in forma pauperis* not later than September 11, 2019, or risk dismissal of this action. (Dkt. 2.) Plaintiff was also provided a copy of the proper *in form pauperis* application form. (*See id.*) To date, plaintiff has not submitted an *in forma pauperis*

REPORT AND RECOMMENDATION - 1

application form nor has he otherwise met the filing fee requirement.

As plaintiff has had ample time to correct the deficiency identified by the Clerk, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 11, 2019**.

DATED this 19th day of September, 2019.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2